## Defendant Status Sheet
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: FATIU ISMAILA LAWAL <br><br> Is there already a charging document filed for this defendant for this case in this district? <br><br> ☐ Yes    ☒ No    If yes: <br><br> If yes, please enter the cause number below: <br><br>     or    Enter MJ Cause Number here. <br><br> Has the Defendant had an initial appearance in this case in this district?    ☒ Yes    ☐ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above. <br> ☐ At the FDC under a different cause number: Enter different cause number here. <br> ☐ In custody under this cause number in another District: Enter other District here. <br> ☐ In custody (different cause number) in another District: Enter other info here. <br> ☐ In local custody: Enter local jurisdiction here. <br> ☐ In the community on supervision under cause number: Enter cause number here. <br> ☒ At large. <br> ☐ Other: Click or tap here to enter text. |
| **Release** | ☐ Continue Conditions of release <br> ☐ Continue Detention <br> ☒ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date. |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br> ☐ Summons to be issued for: <br>     ☐ Defendant Address: Click or tap here to enter text. <br> ☐ Letter to defense counsel for appearance on: |
| **Trial** | Estimated trial length (days): 7 days |

## Defendant Status Sheet
(Prepare ONE for EACH defendant)

### Defendant Status

Defendant Name: SAKIRU OLANREWAJU AMBALI

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes  ☒ No   If yes:

If yes, please enter the cause number below:

    or   Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?   ☒ Yes   ☐ No

### Defendant Location

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☐ Other: Click or tap here to enter text.

### Release

☐ Continue Conditions of release

☐ Continue Detention

☐ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date.

### Arraignment

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for:

    ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on:

### Trial

Estimated trial length (days): 7 days