JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-5034-RJB |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE OF COUNSEL |
| SAKIRU OLANREWAJU AMBALI, | |
| Defendant. | |

NOTICE IS GIVEN that Assistant Federal Public Defender John R. Carpenter appears as counsel for Sakiru Ambali. It is requested that notice of all filings be served upon the undersigned.

DATED this 21st day of August, 2023.

Respectfully submitted,

s/ *John R. Carpenter*
WSBA # 23301
Assistant Federal Public Defender
Attorney for Sakiru Olanrewaju Ambali

Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
Phone: (253) 593-6710
Fax: (253) 593-6714
John_Carpenter@fd.org

NOTICE OF APPEARANCE
(*USA v. Ambali* / CR23-5034-RJB) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**