Chief Magistrate Judge David W. Christel



UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SAKIRU OLANREWAJU AMBALI,<br><br>Defendant. | NO. CR23-5034-RJB<br><br>MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. 3142(e) and (f)

1. **Eligibility of Case.** This case is eligible for a detention order because there is a serious risk the defendant will flee. The defendant is a Nigerian citizen and Canadian resident with a Nigerian passport and no legal status in this country. The government is unaware of any significant ties to this district or this country. The defendant has submitted four visa applications to enter this country in 2011 and 2013, and all four applications were denied. On about February 21, 2023, the defendant was arrested in Germany as he transited the Frankfurt airport, en route from Nigeria to Canada, and was detained until he was extradited on or about July 20, 2023.

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure his appearance and the economic safety of the community.

3. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing at the initial appearance.

DATED this 18th Day of August, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

/s/ Cindy Chang
CINDY CHANG
Assistant United States Attorney