AO 442 (Rev. 11/11) Arrest Warrant

FILED _____ LODGED
_____ RECEIVED

SEP 08 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>SAKIRU OLANREWAJU AMBALI<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. CR23-5034-2 RJB |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SAKIRU OLANREWAJU AMBALI   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Title 18, U.S.C. Section 1349.
Count 2-11: Title 18, U.S.C. Sections 1343 and 2.
Count 12-17: Title 18, U.S.C. Section 1028A(a)(1) and 2.

Date:   01/25/2023

*Issuing officer's signature*

City and state:   Seattle, Washington

Andy Quach, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*   01/25/23   , and the person was arrested on *(date)*   08/16/23
at *(city and state)*   Seattle, WA

Date:   08/16/23

*Arresting officer's signature*

D Ross Dosh
*Printed name and title*