HON. ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-5034-RJB |
| Plaintiff, | ) | |
| v. | ) | UNOPPOSED DEFENSE MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| SAKIRU O. AMBALI, | ) | |
| Defendant. | ) | |

Sakiru Ambali requests a continuance of the trial date to June 3, 2024, with a pretrial motions deadline consistent with the new trial date. The request for continuance is unopposed by the Government, represented by Assistant United States Attorney Cindy Chang.

Mr. Ambali is charged by a seventeen count Indictment, the summary of the allegations are detailed in the indictment filed on January 25, 2023. Dkt. 1. On August 17, 2023 was arrested in Seattle, Washington. He made his initial appearance and was arraigned on August 18, 2023, at which time he entered a plea of not guilty to the charges in the indictment. Dkt. 13. Trial is presently set for October 24, 2023.

On or about September 8, 2023, the government forwarded the initial discovery to the defense. This discovery consists of over 108,000 pages of materials, which are still in the process of being downloaded and coded. Accordingly, the defense has not yet been able to review this material, let alone review it with Mr. Ambali.

UNOPPOSED MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DUE DATE
(*United States v. Ambali* / CR23-5034-RJB) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

1   In light of the above, the defense has not been able to conduct the needed
2   investigation of this case, or explore potential legal or factual issues for purposes of
3   pretrial motions. Defense counsel therefore requires additional time beyond the current
4   trial date of October 24, 2023 to effectively defend Mr. Ambali.

5   For these reasons, the parties request the Court find that:

6   (a) taking into account the exercise of due diligence, a failure to grant a
7   continuance would deny counsel for the defendant the reasonable time necessary for
8   effective preparation, due to counsel's need for more time to review the evidence,
9   consider possible defenses, and gather evidence material to the defense, as set forth in
10  18 U.S.C. § 3161(h)(7)(B)(iv);

11  (b) a failure to grant a continuance would likely result in a miscarriage of justice,
12  as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

13  (c) the additional time requested is a reasonable period of delay, as the defendant
14  has requested more time to prepare for trial, to investigate the matter, to gather evidence
15  material to the defense, and to consider possible defenses;

16  (d) the case is sufficiently complex that it is unreasonable to expect adequate
17  preparation for pretrial proceedings or the trial itself within the current trial schedule, as
18  set forth in 18 U.S.C. § 3161(h)(7)(B)(ii);

19  (e) the ends of justice will best be served by a continuance, and the ends of
20  justice outweigh the best interests of the public and the defendant in any speedier trial,
21  as set forth in 18 U.S.C. § 3161(h)(7)(A); and

22  (f) the additional time requested between the current trial date of October 24,
23  2023, and the new trial date is necessary to provide counsel for the defendant
24  reasonable time to prepare for trial considering all of the facts set forth above.

25  Mr. Ambali has executed a speedy trial waiver through August 31, 2024, which
26  will be filed with this motion.

UNOPPOSED MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DUE DATE
(*United States v. Ambali* / CR23-5034-RJB) - 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

Defense counsel has conferred with Assistant United States Attorney Cindy Chang who has no objection to a continuance of the trial date and pretrial motions due date.

The parties further ask the Court to exclude the time period from the date of this motion to the new trial date for purposes of computing the time limitations imposed by the Speedy Trial Act.

DATED this 12th day of September, 2023.

Respectfully submitted,

*s/ John R. Carpenter*
Assistant Federal Public Defender
Attorney for Sakiru Ambali

UNOPPOSED MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DUE DATE
(*United States v. Ambali* / CR23-5034-RJB) - 3

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710