HON. ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-5034-RJB |
| Plaintiff, | ) | |
| v. | ) | WAIVER OF SPEEDY TRIAL |
| SAKIRU O. AMBALI, | ) | |
| Defendant. | ) | |

I, Sakiru Ambali, having been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment, the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the Plan for the Prompt Disposition of Criminal Cases promulgated by the United States District Court for the Western District of Washington pursuant to the Federal Speedy Trial Act; do hereby knowingly, voluntarily and with advice of counsel, waive my right to a speedy trial and I hereby consent to the continuance of my October 24, 2023, trial to a date on or before August 31, 2024.

I consent to the requested continuance in order to allow counsel the reasonable time necessary for effective preparation of my case. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

I have been advised by my attorney of my right to be present at any hearing concerning a continuance of my trial date and exclusion of time for speedy trial purposes pursuant to 18 U.S.C. § 3161, and hereby waive my presence at that hearing. I also agree with my attorney's request for extension of time.

WAIVER OF SPEEDY TRIAL
(*United States v. Ambali* / CR23-5034) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

1 | DATED this 11th day of September, 2023.

*s/ John R. Carpenter on behalf of Sakiru Ambali*
Signed with consent

WAIVER OF SPEEDY TRIAL
(*United States v. Ambali* / CR23-5034) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**