

Magistrate Judge Grady J. Leupold

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAKIRU OLANREWAJU AMBALI,<br><br>Defendant. | NO. CR23-5034-02 RJB<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty to the charges contained in Counts 5 and 15 of the Indictment in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide

//
//
//

Consent To Rule 11 Plea - 1
United States v. Ambali, CR23-5034-02 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 18th day of December, 2023.

SAKIRU OLANREWAJU AMBALI
Defendant

JOHN ROBERT CARPENTER
Attorney for Defendant

APPROVED:

CINDY CHANG
Assistant United States Attorney

Consent To Rule 11 Plea - 2
*United States v. Ambali*, CR23-5034-02 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970