UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

USA,

　　　　　　　　　　　Plaintiff(s),

　　v.

FATIU ISMAILA LAWAL et al.,

　　　　　　　　　　　Defendant(s).

CASE NO. 3:23−cr−05034−RJB

SENTENCING ORDER

THIS MATTER comes before the Court on Defendant's conviction and the Court having set **3/14/2024** at 09:30 AM for sentencing, it is hereby ORDERED:

**At least seven (7) days prior to the Sentencing Hearing, counsel shall inform the probation officer and the Courtroom Deputy, Gretchen Craft at (253) 882−3825, whether or not an evidentiary hearing will be requested at the sentencing, and if so, whether witnesses will be called, who they will be, and an estimated length of the hearing.**

1. A presentence report is to be prepared by the U.S. Probation Department.

2. Not less than thirty−five (35) days before the Sentencing Hearing, the U.S. Probation officer shall furnish the presentence report to the Defendant, the Defendant's counsel and the attorney for the Government. Within fourteen (14) days after receiving the presentence report, the parties shall communicate in writing to the Probation officer, and to each other, objections to any material, information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the presentence report. After receiving objections, the probation officer may require the parties to meet with the probation officer to discuss unresolved factual and legal issues.

SENTENCING ORDER 3:23−cr−05034−RJB − 1

The probation officer may also conduct a further investigation and revise the presentence report as appropriate.

Not less than seven (7) days before the Sentencing Hearing, the probation officer shall submit the presentence report, as revised, together with any addendum setting forth any unresolved objections, the grounds for those objections, and the probation officer's comments on the objections and the sentencing recommendations, to all parties and the Court.

3. If the Government intends to file a §5K1.1 motion for substantial assistance, the motion must be served on all counsel and filed under seal fourteen (14) days prior to sentencing. In such event, the Government must also serve and file under seal a written statement of the nature and extent of the Defendant's cooperation. The Defendant may file, in response, his or her version of the Defendant's cooperation. Any such response by the Defendant must be filed at least seven (7) court days prior to sentencing, and may be included in the Defendant's sentencing memorandum.

4. In the event the Defendant wishes to provide a written statement accepting responsibility, the statement should be signed by the Defendant. The original should be provided to the U.S. Probation Department with a copy to counsel for the United States at least twenty−one (21) days before sentencing.

5. Counsel for the United States or for a Defendant shall serve copies of any sentencing memorandum or related documents upon all parties and upon the U.S. Probation Department at least seven (7) court days prior to sentencing.

DATED: **December 18, 2023**

  /s/Robert J. Bryan  
ROBERT J. BRYAN  
United States District Judge