The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAKIRU OLANREWAJU AMBALI,<br><br>Defendant. | NO. CR23-5034-02 RJB<br><br>ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, hereby accepts the plea of guilty of the defendant to the charges contained in Counts 5 and 15 of the Indictment, and the defendant is adjudged guilty of such offenses. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 2d day of ~~December, 2023~~ January 2024.

ROBERT J. BRYAN
United States District Judge

Acceptance of Plea of Guilty- 1
*United States v. Ambali*, CR23-5034-02 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970