# Exhibit A

TRULINCS 11750506 - AMBALI, SAKIRU OLANREWA - Unit: SET-D-B

----------------------------------------------------------------------------------

FROM: 11750506
TO:
SUBJECT: Letter
DATE: 03/02/2024 06:29:41 PM

Dear Honorable Judge Robert J. Bryan

    I want to take the time to thank you in advance for your time and attention. I want to use this opportunity to apologize to Your Honor, to the officers of the court, and to the United States of America. I also want you to know that I fully take responsibility for my actions. I have began my journey to really look at myself honestly, and to assess how I got here. I can say that I am very disappointed in myself because this is not in line with the kind of life I had planned for myself but was something very out of character.

    I also apologize to my family for 13 months of stress, jail phone calls, lawyer calls, paperwork, and everything I have put them through. During these 13 months of my incarceration, my kids have been in my girlfriend's custody whom my kids had never heard about or previously met. I have a very special relationship with my kids because they are all I got in this entire world and I had promised myself that I will try my best to raise and train them in an environment where their thinking can be positive and toward positive ends. Aside from the troubles and concerns of our current separation, God granted my effort to take them along with me to Canada where their future will surely be bright compared to where I was raised.

    Because, Your Honor, I was born and raised in an environment where poverty is real, and even to have 3 daily meals is not promised. Even to get 2 meals per day could be difficult at times due to the financial situation of my parents. My upbringing and my environment when I was young wasn't good for the most part but my household did have positive role models in my parents and the other adults around, none of whom broke the law or were ever involved in any criminal activities.

    My mum was a disciplinarian that would get through to me and keep me on the right path, but I had become separated from her. There was a time when poverty was a big challenge and my mum got into some debt with some people in our community so that she could put meals on her kids' table. That debt situation made her run out of the city to another city to cover any shame that the creditor wanted to put on her. I was just 12 years old when my mum decide to leave and run to another city and we have only a choice of living with our daddy then. I started looking for acceptance and love that I once received from my mum in the street which gave me wrong direction and influence.

    Your Honor, allow me to talk more about my background and the tough situation that put me in this mess. I was born in a family of 7, 3 boys and 4 girls. In the past when the entire family was still together we lost one of my junior sisters because of fever and lack of money from my parents to get her proper medication. Since that very difficult experience, I had promised myself to be there for the rest of my family in any situation, no matter what, to make sure I provide for their need within my capacity. I vowed to never let such a terrible thing like this happen again.

    In June 2020, such a situation arose again when an immediate family member, my other sister, became very sick and she needed medical attention. She had also just lost her husband in December 2019 and needed support in any case. All of the family focused their attention on me, because to them, I am the only one that escaped poverty and they thought that living in Canada, I can do whatever they need, especially for my sister's medical issues. But things seem to not be working in our favor due to the situation at hand then, when the global coronavirus pandemic (covid19) affected the entire world.
The entire world was in this crisis which cost me my job as an Uber driver as there was lockdowns everywhere and no one needed an Uber ride services.

    The situation and my sister's condition seemed to be getting worse every time I received a phone call from my family who urged me to come to the rescue. All of my effort to assist my dying sister proved abortive and the last person I sought assistance from only came up with these criminal ideas, saying that's all he has for the time being, and that he didn't have money to help. Desperately, it was at this time that I made the very poor decision to turn to any solution for this problem, even if unlawful.

    In the end, the time and energy I put into this criminal behavior was time and energy I wasted because hardly anything worked or came to fruition. It was as if lady justice was at work already, as in all of this, out of the total amount in the case, $6,000 returned to me. I was frustrated, but a part of me, my conscience, knew that it was not right to receive any money this way, and that I was a subject of frustrations was in a way something just, and that this was part of this lesson that I have insisted on learning in this difficult way.

    Very soon after this, my sister passed away because of her medical issues. All I wanted was to not let this sad history repeat

TRULINCS 11750506 - AMBALI, SAKIRU OLANREWA - Unit: SET-D-B

---

and to secure my sister from the hand of death, but because I had failed this test, I am now sitting in prison, I have lost my sister, I have no money, my kids are in Canada, and my girlfriend is burdened to look after them though she had never met them until around the time of my arrest. Looking back at all of this, and when seeing the money and harmed involved, I am so ashamed of myself for playing the role I played in this situation and crime.

I am responsible for all of my own actions. Please, Your Honor, kindly understand I am in no way using these circumstances as an excuse, but please see that in poverty, stress, helplessness, and not being in my right mind, folly had courted me. And not only has it put me in prison, but it has put my kids in a position of greater vulnerability during important stages of growth in their lives.

I have a 15 year old boy that wants to become an engineer in the future. I have a 12 year old girl that wants to become a lawyer in the future. My kids look up to me, and we have a very good relationship. These kids are all I got in this entire world. These kids really need me in their life. Not being around them in their teenage stages is kind of alarming to me for their future, due to teen involvement in some criminal activities right now. I am all the kids have in Canada, because they have neither family nor relatives either Canada, but only my girlfriend whom they met for the first time when this trial started.

Your Honor, I want to be there for my kids and I don't want them ending up on the street like I had. I want nothing more than to be there for them through their own tribulations of early life and when coming of age, and to do everything I can to keep them on the right path. I want them to be able to learn from my mistakes, not repeat them because they had no guidance.

Your Honor, I know that I must face time in prison because of the crime that I committed and that how much time I face is entirely and only within your discretion and authority. I will respect your decision for my sentencing, whatever it is, because you know best what justice requires. But please, Your Honor, I ask that you would kindly take pity on me due to my kids' situation in Canada and due to my permanent residence status in Canada. If I have been sent to prison for a long time, it can cause my permanent resident status to be revoked, and definitely I will lose access to my kids.

Please also note that when I was arrested for this offense, I made it my desire to bring this matter to a resolution quickly, for the sake of the time and energy of the officers of the Court, and the attorneys. When I arrived in the United States, I told my attorneys that I wanted to plead guilty right away and not cause any delay or problems of litigation.

Your Honor, while incarcerated, I have spending time to educate and empower my mind with books and I also want to participate in a program called "criminal thinking" and in whatever other programs I can to improve myself and stay only on the right side of the law. Beyond that, I am making plans for my reentry into society. I am preparing to be a registered freight forwarder and a licensed customs broker in Canada, of which I had commenced the course program before I was arrested for these crimes. I will also be doing my Uber driving to provide for my family pending the completion of the customs broker license program. It is with this employment that I hope to bring stability to myself and my family.

Your Honor, all I am asking for is one last chance. For the sake of my kids future, I don't wish to be away from them for so long, but to instead play my fatherly role in their lives, as is my duty and joy. I stand here guilty, but I promise this Court, the United States of America, my family, and myself that I will never be a part of or involved in any criminal activities in my life again. I will strive every day to live a noble life, to always do what is right, and to set the best example that I can for my beloved kids.

Thanks so much for your time and consideration.

Sincerely and Respectfully,