NOT AN OFFICIAL INVOICE OR TAX DOCUMENT

# UBER

## Tax summary for the period 2019

### SAKIRU AMBALI

Many of the items listed below may be tax deductible. For more information, we recommend that you seek guidance from a qualified tax site or service.

### FARE BREAKDOWN

| | |
|---|---|
| Gross Uber rides fares [1] | CA$1,103.76 |
| Gross Uber Eats fare [1] | CA$50,181.60 |
| Booking fee | CA$289.25 |
| Tips | CA$3,172.52 |
| **Total** | **CA$54,747.13** |

### OTHER INCOME BREAKDOWN

| | |
|---|---|
| Miscellaneous | CA$35.00 |
| Referral / Incentives | CA$1,827.63 |
| **Total** | **CA$1,862.63** |

### SALES TAX BREAKDOWN

| | |
|---|---|
| HST on Uber rides | CA$180.47 |

### OTHER POTENTIAL DEDUCTIONS

| | |
|---|---|
| Uber rides service fee | CA$230.09 |
| Uber Eats service fee | CA$12,553.08 |
| On Trip Mileage | 13270 km |

[1] Gross fares are calculated as base + time+ distance (this includes the Uber Service Fee).

The information in this summary does not reflect your personal tax situation and is informative only. Nothing in this summary constitutes tax advice nor an employment relationship between Uber and you, neither express nor implied. Please consult your local tax adviser or tax administration for your personal tax obligations

NOT AN OFFICIAL INVOICE OR TAX DOCUMENT

## UBER

## Tax summary for the period 2020

### SAKIRU AMBALI

Many of the items listed below may be tax deductible. For more information, we recommend that you seek guidance from a qualified tax site or service.

### FARE BREAKDOWN

| | |
|---|---|
| Gross Uber Eats fare [1] | CA$15,263.32 |
| Tips | CA$2,223.84 |
| **Total** | **CA$17,487.16** |

| | |
|---|---|
| HST on Uber rides | CA$0.00 |

### OTHER INCOME BREAKDOWN

| | |
|---|---|
| Referral / Incentives | CA$355.57 |
| **Total** | **CA$355.57** |

### OTHER POTENTIAL DEDUCTIONS

| | |
|---|---|
| Uber Eats service fee | CA$3,807.25 |
| On Trip Mileage | 4633 km |

The information in this summary does not reflect your personal tax situation and is informative only. Nothing in this summary constitutes tax advice nor an employment relationship between Uber and you, neither express nor implied. Please consult your local tax adviser or tax administration for your personal tax obligations

NOT AN OFFICIAL INVOICE OR TAX DOCUMENT

# UBER

## Tax summary for the period Jan 1, 2021 - Jul 1, 2021

### SAKIRU AMBALI

Many of the items listed below may be tax deductible. For more information, we recommend that you seek guidance from a qualified tax site or service.

### FARE BREAKDOWN

| | |
|---|---|
| Gross Uber Eats fare [1] | CA$500.15 |
| Tips | CA$188.34 |
| **Total** | **CA$688.49** |
| Your GST/HST number | ▮▮▮▮▮▮▮▮▮▮ |

### OTHER INCOME BREAKDOWN

| | |
|---|---|
| **Total** | **CA$0.00** |
| GST on Uber trips | CA$0.00 |
| HST on Uber trips | CA$0.00 |

### OTHER POTENTIAL DEDUCTIONS

| | |
|---|---|
| Uber Eats service fee | CA$124.21 |
| On Trip Mileage | 236 km |

The sales tax breakdown covers sales tax on ride-sharing fares for the period from 1 July 2017 to 31 December 2017, following the implementation of amendments to the Excise Tax Act. Any additional HST to declare for any relevant period should be included as appropriate in your HST and income tax returns. The information in this summary does not reflect your personal tax situation and is for information only. Nothing in this summary constitutes tax advice nor an employment relationship between Uber and you, neither express nor implied. Please consult your local tax adviser or tax administration for your personal tax obligations

NOT AN OFFICIAL INVOICE OR TAX DOCUMENT

# UBER

## Tax summary for the period 2021/8

### SAKIRU AMBALI

Many of the items listed below may be tax deductible. For more information, we recommend that you seek guidance from a qualified tax site or service.

## UBER TRIPS - GROSS FARES BREAKDOWN

This section indicates the fees you have charged to Riders.

| | |
|---|---|
| GST/HST you collected from Riders | CA$0.00 |
| **Total** | **CA$0.00** |
| Your GST/HST number | ▮▮▮▮▮▮▮▮ |

## UBER TRIPS - FEES BREAKDOWN

This section indicates the fees you have paid to Uber. These include the service fees, as well as passthrough fees such as the booking fee, regulatory fees or airport fees.

| | |
|---|---|
| GST/HST you paid to Uber | CA$0.00 |
| **Total** | **CA$0.00** |
| Uber GST/HST registration number | Uber Rasier Canada Inc. 764945663 RT0001 |

## UBER EATS - GROSS FARES BREAKDOWN

Tolls and tips are not subject to GST/HST. You have collected GST/HST from Uber on your Uber Eats Fares if you are registered for GST/HST and have entered all the relevant information in your tax profile. If you are not registered for GST/HST because you are a small supplier (e.g. you have less than $30,000 in sales over the past 12 months), you do not need to fill your tax profile.

| | |
|---|---|
| Uber Eats fares | CA$117.20 |
| Tips | CA$44.46 |
| GST/HST you collected from Uber | CA$15.25 |
| **Total** | **CA$176.91** |

## OTHER POTENTIAL DEDUCTIONS

| | |
|---|---|
| On-trip mileage | 46 km |
| Online mileage | 120 km |

The information in this summary does not reflect your personal tax situation and is for information only. Nothing in this summary constitutes tax advice nor an employment relationship between Uber and you, neither express nor implied. Please consult your local tax adviser or tax administration for your personal tax obligations

NOT AN OFFICIAL INVOICE OR TAX DOCUMENT

# UBER

## Tax summary for the period 2021/9

### SAKIRU AMBALI

Many of the items listed below may be tax deductible. For more information, we recommend that you seek guidance from a qualified tax site or service.

### UBER TRIPS - GROSS FARES BREAKDOWN

This section indicates the fees you have charged to Riders.

| | |
|---|---|
| Gross Uber trips fares[1] | CA$17.43 |
| Booking fee | CA$2.75 |
| Regulatory recovery fee | CA$0.38 |
| GST/HST you collected from Riders | CA$2.67 |
| **Total** | **CA$23.23** |
| Your GST/HST number | |

### UBER TRIPS - FEES BREAKDOWN

This section indicates the fees you have paid to Uber. These include the service fees, as well as passthrough fees such as the booking fee, regulatory fees or airport fees.

| | |
|---|---|
| Service fee | CA$4.36 |
| Other amounts (booking, regulatory, airport, green and split fare fees) | CA$3.13 |
| GST/HST you paid to Uber | CA$0.98 |
| **Total** | **CA$8.47** |
| Uber GST/HST registration number | |

### UBER EATS - GROSS FARES BREAKDOWN

Tolls and tips are not subject to GST/HST. You have collected GST/HST from Uber on your Uber Eats Fares if you are registered for GST/HST and have entered all the relevant information in your tax profile. If you are not registered for GST/HST because you are a small supplier (e.g. you have less than $30,000 in sales over the past 12 months), you do not need to fill your tax profile.

| | |
|---|---|
| Uber Eats fares | CA$1,005.33 |
| Tips | CA$418.06 |
| GST/HST you collected from Uber | CA$130.70 |
| **Total** | **CA$1,554.09** |

### OTHER POTENTIAL DEDUCTIONS

| | |
|---|---|
| On-trip mileage | 470 km |
| Online mileage | 938 km |

[1] Gross fares are calculated as base + time+ distance (this includes the Uber Service Fee).

The information in this summary does not reflect your personal tax situation and is for information only. Nothing in this summary constitutes tax advice nor an

NOT AN OFFICIAL INVOICE OR TAX DOCUMENT

# UBER

## Tax summary for the period 2021/10

### SAKIRU AMBALI

Many of the items listed below may be tax deductible. For more information, we recommend that you seek guidance from a qualified tax site or service.

### UBER TRIPS - GROSS FARES BREAKDOWN

This section indicates the fees you have charged to Riders.

| | |
|---|---|
| Gross Uber trips fares[1] | CA$32.68 |
| Booking fee | CA$5.50 |
| Regulatory recovery fee | CA$0.68 |
| GST/HST you collected from Riders | CA$5.05 |
| **Total** | **CA$43.91** |
| Your GST/HST number | ▇▇▇▇▇▇▇ |

### UBER TRIPS - FEES BREAKDOWN

This section indicates the fees you have paid to Uber. These include the service fees, as well as passthrough fees such as the booking fee, regulatory fees or airport fees.

| | |
|---|---|
| Service fee | CA$8.17 |
| Other amounts (booking, regulatory, airport, green and split fare fees) | CA$6.18 |
| GST/HST you paid to Uber | CA$1.87 |
| **Total** | **CA$16.22** |
| Uber GST/HST registration number | ▇▇▇▇▇▇▇ |

### UBER EATS - GROSS FARES BREAKDOWN

Tolls and tips are not subject to GST/HST. You have collected GST/HST from Uber on your Uber Eats Fares if you are registered for GST/HST and have entered all the relevant information in your tax profile. If you are not registered for GST/HST because you are a small supplier (e.g. you have less than $30,000 in sales over the past 12 months), you do not need to fill your tax profile.

| | |
|---|---|
| Uber Eats fares | CA$560.87 |
| Tips | CA$216.75 |
| GST/HST you collected from Uber | CA$72.93 |
| **Total** | **CA$850.55** |

### OTHER POTENTIAL DEDUCTIONS

| | |
|---|---|
| On-trip mileage | 362 km |
| Online mileage | 611 km |

[1] Gross fares are calculated as base + time+ distance (this includes the Uber Service Fee).

The information in this summary does not reflect your personal tax situation and is for information only. Nothing in this summary constitutes tax advice nor an

NOT AN OFFICIAL INVOICE OR TAX DOCUMENT

# UBER

## Tax summary for the period 2021/11

### SAKIRU AMBALI

Many of the items listed below may be tax deductible. For more information, we recommend that you seek guidance from a qualified tax site or service.

### UBER TRIPS - GROSS FARES BREAKDOWN

This section indicates the fees you have charged to Riders.

| | |
|---|---|
| GST/HST you collected from Riders | CA$0.00 |
| **Total** | **CA$0.00** |
| Your GST/HST number | |

### UBER TRIPS - FEES BREAKDOWN

This section indicates the fees you have paid to Uber. These include the service fees, as well as passthrough fees such as the booking fee, regulatory fees or airport fees.

| | |
|---|---|
| GST/HST you paid to Uber | CA$0.00 |
| **Total** | **CA$0.00** |
| Uber GST/HST registration number | |

### UBER EATS - GROSS FARES BREAKDOWN

Tolls and tips are not subject to GST/HST. You have collected GST/HST from Uber on your Uber Eats Fares if you are registered for GST/HST and have entered all the relevant information in your tax profile. If you are not registered for GST/HST because you are a small supplier (e.g. you have less than $30,000 in sales over the past 12 months), you do not need to fill your tax profile.

| | |
|---|---|
| Uber Eats fares | CA$682.38 |
| Tips | CA$275.43 |
| GST/HST you collected from Uber | CA$88.71 |
| **Total** | **CA$1,046.52** |

### OTHER POTENTIAL DEDUCTIONS

| | |
|---|---|
| On-trip mileage | 378 km |
| Online mileage | 701 km |

The information in this summary does not reflect your personal tax situation and is for information only. Nothing in this summary constitutes tax advice nor an employment relationship between Uber and you, neither express nor implied. Please consult your local tax adviser or tax administration for your personal tax obligations