# Order Confirmation

| | |
|---|---|
| **From:** | YOOX Order Confirmation <confirmation@yoox.com> |
| **To:** | ████████████████ |
| **Date:** | Fri, 23 Nov 2018 18:40:42 -0800 |



Hello SAKIRU,

Thank you for shopping on YOOX.COM.

Your order, placed on 11-24-2018 has been confirmed. Your Order Number is 2311Y153118449.

You can check the status of your order directly in the section <u>Track your order</u> in the Customer Care Area.

If you made the order as a registered user, you can find all of your information in your **MYOOX**.

ORDER DETAILS:

| | |
|---|---|
| CATEGORY | Mules |
| DESIGNER | LEONARDO PRINCIPI |
| COLOR: | Black |
| SIZE: | 9 (US) (Label:42 (EU)) |
| QUANTITY: | 1 |
| PRICE: | 72.00 |

SUBTOTAL: **72.00**

Duties                                              24.36

| | |
|---|---|
| DELIVERY METHOD: STANDARD (Delivery in 6-10 business days) : | 15.00 |
| PAYMENT METHOD: CREDIT CARD | 0 |

TOTAL:                                              **111.36**

SHIPPING ADDRESS:

SAKIRU AMBALI

█████████████████████

M3J1K6 toronto (Ontario)

Canada

BILLING ADDRESS:

SAKIRU AMBALI

███████████████████

M3J1K6 toronto (Ontario)

Canada

PAYMENT DETAILS:

| | |
|---|---|
| CARDHOLDER'S NAME: | SAKIRU AMBALI |
| CREDIT CARD: | Visa |
| CREDIT CARD NUMBER: | ****-****-****9896 |
| EXPIRATION DATE: | █████ |

Thank you,

YOOX

It is not possible to reply directly to this message. If you have any questions or concerns, please visit our **Customer Care** area.

# Order receipt confirmation

| | |
|---|---|
| **From:** | YOOX Order Confirmation <confirmation@yoox.com> |
| **To:** | ███████████████ |
| **Date:** | Wed, 22 May 2019 02:00:32 -0700 |

YOOX

Hello sakiru,

Thank you for shopping with us.

Your order placed on 05-22-2019 has been received. Your Order Number is 2205Y8EDE19440.

You can check the status of your order directly in the section <u>Track your order</u> in the Customer Care Area.

If you made the order as a registered user, you can find all of your information in your **MYOOX**.

ORDER DETAILS:

| CATEGORY | Low-tops & sneakers |
|---|---|
| DESIGNER | VANS |
| COLOR: | Black |
| SIZE: | 10.5 (US) (Label:10.5 (US)) |
| QUANTITY: | 1 |
| PRICE: | US$ 77.00 |

SUBTOTAL: **US$ 77.00**

| | | **Duties** | **US$ 25.76** |
|---|---|---|---|
| DELIVERY METHOD: STANDARD (Delivery in 6-10 business days) : | US$ 15.00 | | |
| PAYMENT METHOD: CREDIT CARD | US$ 0 | | |

TOTAL:                                          **US$ 117.76**

SHIPPING ADDRESS:

sakiru Ambali

C/O

███████████████

M3J1K6 toronto (Ontario)

Canada

BILLING ADDRESS:

sakiru Ambali

C/O

███████████████

M3J1K6 toronto (Ontario)

Canada

PAYMENT DETAILS:

| | |
|---|---|
| CARDHOLDER'S NAME: | sakiru Ambali |
| CREDIT CARD: | Mastercard |
| CREDIT CARD NUMBER: | ****-****-****3391 |
| EXPIRATION DATE: | ███████ |

Thank you,

YOOX

It is not possible to reply directly to this message. If you have any questions or concerns, please visit our Customer Care area.

# Order receipt confirmation

| | |
|---|---|
| **From:** | YOOX Order Confirmation <confirmation@yoox.com> |
| **To:** | ████████████ |
| **Date:** | Sun, 23 Jun 2019 16:06:05 -0700 |

YOOX

Hello sakiru,

Thank you for shopping with us.

Your order placed on 06-24-2019 has been received. Your Order Number is 2406Y49F619448.

You can check the status of your order directly in the section Track your order in the Customer Care Area.

If you made the order as a registered user, you can find all of your information in your **MYOOX**.

ORDER DETAILS:



| CATEGORY | Mules |
|----------|-------|
| DESIGNER | GIUSEPPE ZANOTTI |
| COLOR: | Black |
| SIZE: | 9 (US) (Label:42 (EU)) |
| QUANTITY: | 1 |
| PRICE: | US$ 287.00 |



| CATEGORY | Mules |
|----------|-------|
| DESIGNER | LEONARDO PRINCIPI |
| COLOR: | Black |
| SIZE: | 13 (US) (Label:46 (EU)) |
| QUANTITY: | 1 |
| PRICE: | US$ 154.00 |



SUBTOTAL: **US$ 441.00**

Duties                                    US$ 130.48

DELIVERY METHOD: STANDARD (Delivery in 6-10 business days) :          US$ 25.00

PAYMENT METHOD: CREDIT CARD          US$ 0

**TOTAL:**                                         **US$ 596.48**

**SHIPPING ADDRESS:**

sakiru Ambali

C/O

M3J 1K6 north york (Ontario)

Canada

**BILLING ADDRESS:**

sakiru Ambali

C/O

M3J 1K6 north york (Ontario)

Canada

**PAYMENT DETAILS:**

CARDHOLDER'S NAME:                          sakiru Ambali

CREDIT CARD:                                 Mastercard

CREDIT CARD NUMBER:                          \*\*\*\*-\*\*\*\*-\*\*\*\*3391

EXPIRATION DATE:

Thank you,

YOOX

# Order receipt confirmation

| | |
|---|---|
| **From:** | YOOX Order Confirmation <confirmation@yoox.com> |
| **To:** | ███████████████ |
| **Date:** | Sun, 04 Aug 2019 20:47:15 -0700 |

YOOX

Hello SAKIRU,

Thank you for shopping with us.

Your order placed on 08-05-2019 has been received. Your Order Number is 0508YA75D19441.

You can check the status of your order directly in the section Track your order in the Customer Care Area.

If you made the order as a registered user, you can find all of your information in your **MYOOX**.

ORDER DETAILS:

| | |
|---|---|
| CATEGORY | Mules |
| DESIGNER | LEONARDO PRINCIPI |
| COLOR: | Black |
| SIZE: | 8 (US) (Label:41 (EU)) |
| QUANTITY: | 1 |
| PRICE: | US$ 69.00 |

SUBTOTAL: US$ 69.00

| | | Duties | US$ 23.52 |
|---|---|---|---|
| DELIVERY METHOD: STANDARD (Delivery in 6-10 business days) : | US$ 15.00 | | |
| PAYMENT METHOD: CREDIT CARD | US$ 0 | | |

TOTAL:                                                    US$ 107.52

SHIPPING ADDRESS:

SAKIRU AMBALI

M3J1K6 toronto (Ontario)

Canada



**BILLING ADDRESS**:

SAKIRU AMBALI

███████████████████████████

M3J1K6 toronto (Ontario)

Canada



**PAYMENT DETAILS**:

| | |
|---|---|
| CARDHOLDER'S NAME: | sakiru Ambali |
| CREDIT CARD: | Mastercard |
| CREDIT CARD NUMBER: | ****-****-****3391 |
| EXPIRATION DATE: | ██████ |



Thank you,

YOOX

It is not possible to reply directly to this message. If you have any questions or concerns, please visit our **Customer Care** area.

# Order receipt confirmation

| | |
|---|---|
| **From:** | YOOX Order Confirmation <confirmation@yoox.com> |
| **To:** | ▇▇▇▇▇▇▇▇▇▇ |
| **Date:** | Sun, 15 Sep 2019 12:40:36 -0700 |

YOOX

Hello SAKIRU,

Thank you for shopping with us.

Your order placed on 09-15-2019 has been received. Your Order Number is 1509Y26DB1944D.

You can check the status of your order directly in the section <u>Track your order</u> in the Customer Care Area.

If you made the order as a registered user, you can find all of your information in your **MYOOX**.

ORDER DETAILS:

| CATEGORY | Loafers |
|---|---|
| DESIGNER | EDHÈN Milano |
| COLOR: | Sand |
| SIZE: | 9.5 (US) (Label:8.5 (UK)) |
| QUANTITY: | 1 |
| PRICE: | US$ 274.00 |

SUBTOTAL: US$ 274.00

|  |  | Duties | US$ 82.32 |
|---|---|---|---|
| DELIVERY METHOD: STANDARD (Delivery in 6-10 business days) : | US$ 20.00 | | |
| PAYMENT METHOD: CREDIT CARD | US$ 0 | | |

TOTAL:                                                          US$ 376.32

SHIPPING ADDRESS:

SAKIRU AMBALI

M3J1K6 toronto (Ontario)

Canada



BILLING ADDRESS:

SAKIRU AMBALI

███████████████████

M3J1K6 toronto (Ontario)
Canada



PAYMENT DETAILS:

| | |
|---|---|
| CARDHOLDER'S NAME: | SAKIRU AMBALI |
| CREDIT CARD: | Mastercard |
| CREDIT CARD NUMBER: | ****-****-****3391 |
| EXPIRATION DATE: | █████ |



Thank you,

YOOX

It is not possible to reply directly to this message. If you have any questions or concerns, please visit our **Customer Care** area.

# Order receipt confirmation

| | |
|---|---|
| **From:** | YOOX Order Confirmation <confirmation@yoox.com> |
| **To:** | ████████████████ |
| **Date:** | Mon, 08 Jun 2020 17:15:35 -0700 |

YOOX

Hello SAKIRU,

Thank you for shopping with us.

Your order placed on 06-09-2020 has been received. Your Order Number is 0906YFBF92044C.

You can check the status of your order directly in the section Track your order in the Customer Care Area.

If you made the order as a registered user, you can find all of your information in your **MYOOX**.

ORDER DETAILS:



| CATEGORY | Shirts |
| DESIGNER | JOSEPH |
| COLOR: | Light grey |
| SIZE: | 15 ½ (inches-neck) (Label:39 (cm-collo)) |
| QUANTITY: | 1 |
| PRICE: | US$ 149.00 |



SUBTOTAL: **US$ 149.00**

Duties                                             US$ 45.92

DELIVERY METHOD: STANDARD (Delivery in 12-15 business days) :     US$ 15.00

PAYMENT METHOD: CREDIT CARD     US$ 0

TOTAL:     **US$ 209.92**



SHIPPING ADDRESS:

SAKIRU AMBALI

M3J1K6 toronto (Ontario)

Canada



BILLING ADDRESS:

SAKIRU AMBALI

██████████████████

M3J1K6 toronto (Ontario)

Canada



PAYMENT DETAILS:

CARDHOLDER'S NAME:                    sakiru ambali
CREDIT CARD:                          Visa
CREDIT CARD NUMBER:                   ****-****-****0335
EXPIRATION DATE:                      ████



Thank you,

YOOX

It is not possible to reply directly to this message. If you have any questions or concerns, please visit our Customer Care area.

# Order receipt confirmation

| | |
|---|---|
| **From:** | YOOX Order Confirmation <confirmation@yoox.com> |
| **To:** | ▮▮▮▮▮▮▮ |
| **Date:** | Mon, 08 Jun 2020 15:11:01 -0700 |

YOOX

Hello SAKIRU,

Thank you for shopping with us.

Your order placed on 06-09-2020 has been received. Your Order Number is 0906YF89F2044C.

You can check the status of your order directly in the section <u>Track your order</u> in the Customer Care Area.

If you made the order as a registered user, you can find all of your information in your <u>MYOOX</u>.

ORDER DETAILS:



| CATEGORY | Polo shirts |
| DESIGNER | ROBERTO CAVALLI |
| COLOR: | White |
| SIZE: | M (INT) (Label:M (INT)) |
| QUANTITY: | 1 |
| PRICE: | US$ 179.00 |



| CATEGORY | Loafers |
| DESIGNER | SANTONI |
| COLOR: | Steel grey |
| SIZE: | 9 (US) (Label:8.5 (UK)) |
| QUANTITY: | 1 |
| PRICE: | US$ 440.00 |



| CATEGORY | Loafers |
| DESIGNER | SANTONI |
| COLOR: | Green |
| SIZE: | 9 (US) (Label:8.5 (UK)) |
| QUANTITY: | 1 |
| PRICE: | US$ 430.00 |



| CATEGORY | Loafers |
| DESIGNER | DOUCAL'S |
| COLOR: | Ivory |
| SIZE: | 8.5 (US) |

(Label:41.5
(EU))

QUANTITY:      1

PRICE:         US$ 369.00

SUBTOTAL: **US$ 1,418.00**

                              Duties                                          US$ 404.04

DELIVERY       US$ 25.00
METHOD:
STANDARD
(Delivery in 12-15
business days)
:

PAYMENT        US$ 0
METHOD: CREDIT
CARD

TOTAL:                                                    US$ 1,847.04

SHIPPING ADDRESS:

SAKIRU AMBALI

M3J1K6 toronto (Ontario)

Canada

BILLING ADDRESS:

SAKIRU AMBALI

M3J1K6 toronto (Ontario)

Canada

PAYMENT DETAILS:
CARDHOLDER'S NAME:          sakiru ambali
CREDIT CARD:                Visa
CREDIT CARD NUMBER:         ****-****-****2958
EXPIRATION DATE:



Thank you,

YOOX

It is not possible to reply directly to this message. If you have any questions or concerns, please visit our Customer Care area.

# Order receipt confirmation

| | |
|---|---|
| **From:** | YOOX Order Confirmation <confirmation@yoox.com> |
| **To:** | ██████████████ |
| **Date:** | Tue, 23 Jun 2020 04:17:14 -0700 |

YOOX

Hello SAKIRU,

Thank you for shopping with us.

Your order placed on 06-23-2020 has been received. Your Order Number is 2306YB99420440.

You can check the status of your order directly in the section Track your order in the Customer Care Area.

If you made the order as a registered user, you can find all of your information in your MYOOX.

ORDER DETAILS:



| CATEGORY | Sandals |
| DESIGNER | GIUSEPPE ZANOTTI |
| COLOR: | Slate blue |
| SIZE: | 8 (US) (Label:41 (EU)) |
| QUANTITY: | 1 |
| PRICE: | US$ 163.00 |



| CATEGORY | Shirts |
| AUTHOR: | none |
| TITLE: | CUSTOM FIT TROPICAL BEAR SHIRT |
| COLOR: | Blue |
| SIZE: | S (INT) (Label:S (INT)) |
| QUANTITY: | 1 |
| PRICE: | US$ 89.00 |



| CATEGORY | Polo shirts |
| DESIGNER | ROBERTO CAVALLI |
| COLOR: | White |
| SIZE: | S (INT) (Label:S (INT)) |
| QUANTITY: | 1 |
| PRICE: | US$ 159.00 |



SUBTOTAL: **US$ 411.00**

| | | |
|---|---|---|
| | **Duties** | **US$ 122.08** |
| DELIVERY METHOD: STANDARD (Delivery in 12-15 business days) : | US$ 25.00 | |
| PAYMENT METHOD: CREDIT CARD | US$ 0 | |

TOTAL: **US$ 558.08**



SHIPPING ADDRESS:

SAKIRU AMBALI

████████████████████

M3J1K6 toronto (Ontario)

Canada



BILLING ADDRESS:

SAKIRU AMBALI

████████████████████

M3J1K6 toronto (Ontario)

Canada



PAYMENT DETAILS:

CARDHOLDER'S NAME:                    sakiru Ambali

CREDIT CARD:                           Visa
CREDIT CARD NUMBER:                    ****-****-****2958
EXPIRATION DATE:

Thank you,

YOOX

It is not possible to reply directly to this message. If you have any questions or concerns, please visit our **Customer Care** area.

# Order receipt confirmation

| | |
|---|---|
| **From:** | YOOX Order Confirmation <confirmation@yoox.com> |
| **To:** | ████████████ |
| **Date:** | Tue, 28 Jul 2020 09:23:36 -0700 |

YOOX

Hello SAKIRU,

Thank you for shopping with us.

Your order placed on 07-28-2020 has been received. Your Order Number is 2807YC81220449.

You can check the status of your order directly in the section <u>Track your order</u> in the Customer Care Area.

If you made the order as a registered user, you can find all of your information in your **MYOOX**.

ORDER DETAILS:



| | |
|---|---|
| CATEGORY | Sandals |
| DESIGNER | GIUSEPPE ZANOTTI |
| COLOR: | Dark brown |
| SIZE: | 9 (US) (Label:42 (EU)) |
| QUANTITY: | 1 |
| PRICE: | US$ 189.00 |



| | |
|---|---|
| CATEGORY | Low-tops & sneakers |
| DESIGNER | GUCCI |
| COLOR: | White |
| SIZE: | 8.5 (US) (Label:7.5 (UK)) |
| QUANTITY: | 1 |
| PRICE: | US$ 520.00 |



| | |
|---|---|
| CATEGORY | T-shirts |
| DESIGNER | DISNEY x YOOX |
| COLOR: | Black |
| SIZE: | S/M (INT) (Label:S/M (INT)) |
| QUANTITY: | 1 |
| PRICE: | US$ 75.00 |



| | |
|---|---|
| CATEGORY | T-shirts |
| DESIGNER | JIL |

SANDER

| | |
|---|---|
| COLOR: | White |
| SIZE: | M (INT) |
| | (Label:M (INT)) |
| QUANTITY: | 1 |
| PRICE: | US$ 114.00 |

| | |
|---|---|
| CATEGORY | Polo shirts |
| DESIGNER | VALENTINO |
| COLOR: | White |
| SIZE: | S (INT) |
| | (Label:S (INT)) |
| QUANTITY: | 1 |
| PRICE: | US$ 189.00 |

| | |
|---|---|
| CATEGORY | T-shirts |
| DESIGNER | McQ Alexander McQueen |
| COLOR: | White |
| SIZE: | S (INT) |
| | (Label:S (INT)) |
| QUANTITY: | 1 |
| PRICE: | US$ 139.00 |

SUBTOTAL: US$ 1,226.00

Duties                                                    US$ 350.28

| | |
|---|---|
| DELIVERY METHOD: STANDARD (Delivery in 12-15 business days) : | US$ 25.00 |
| PAYMENT METHOD: CREDIT | US$ 0 |

CARD

**TOTAL:** US$ 1,601.28

**SHIPPING ADDRESS:**

SAKIRU AMBALI

M3J1K6 toronto (Ontario)
Canada

**BILLING ADDRESS:**

SAKIRU AMBALI

M3J1K6 toronto (Ontario)
Canada

**PAYMENT DETAILS:**
CARDHOLDER'S NAME:                    sakiru Ambali
CREDIT CARD:                          Visa
CREDIT CARD NUMBER:                   ****-****-****2958
EXPIRATION DATE:

Thank you,

YOOX

# Shipping Confirmation

| | |
|---|---|
| **From:** | YOOX Shipping <shipping@yoox.com> |
| **To:** | ███████████ |
| **Date:** | Tue, 18 Aug 2020 14:13:50 -0700 |
| **Attachments:** | INVOICE-SHP_2807YC81220449_1.html (12.59 kB) |



Hello SAKIRU,

thank you for shopping on YOOX.COM.

Your order 2807YC81220449 placed on 2020-07-28 has been accepted and dispatched.
The Credit Card used for this purchase has been charged today for the total amount of USD 1,273.28, Sales Tax included. Please find attached the invoice containing your order details.

Your order has been shipped with UPS (www.ups.com) and has been assigned the following Tracking Number: 1Z4FX995DG64348677. Please allow a few hours for the tracking information to be updated on the site.

This is the shipping address you have provided:

SAKIRU AMBALI

██████████████████████████

M3J1K6
toronto
Ontario

The delivery of your order could be delayed due to Customs processing.
You can track the shipping directly in the section **Track your order** in the Customer Care area.

If you made the order as a registered user, you can find all of your information in your **MYOOX**.
Thank you,

YOOX

It is not possible to reply directly to this message. If you have any questions or concerns, please visit our **Customer Care** area.

# Order receipt confirmation

**From:**           YOOX Order Confirmation <confirmation@yoox.com>
**To:**               ████████@yahoo.com
**Date:**           Wed, 16 Sep 2020 14:57:07 -0700

YOOX

Hello SAKIRU,

Thank you for shopping with us.

Your order placed on 09-16-2020 has been received. Your Order Number is 1609Y1AD420448.

You can check the status of your order directly in the section <u>Track your order</u> in the Customer Care Area.

If you made the order as a registered user, you can find all of your information in your **MYOOX**.

ORDER DETAILS:



| | |
|---|---|
| CATEGORY | Casual pants |
| DESIGNER | DOLCE & GABBANA |
| COLOR: | Black |
| SIZE: | 32 (waist) (Label:48 (IT)) |
| QUANTITY: | 1 |
| PRICE: | US$ 294.00 |



| | |
|---|---|
| CATEGORY | Low-tops & sneakers |
| DESIGNER | JOHN GALLIANO |
| COLOR: | White |
| SIZE: | 9 (US) (Label:42 (EU)) |
| QUANTITY: | 1 |
| PRICE: | US$ 297.00 |



| | |
|---|---|
| CATEGORY | Lace-up shoes |
| DESIGNER | JOHN GALLIANO |
| COLOR: | Black |
| SIZE: | 9 (US) (Label:42 (EU)) |
| QUANTITY: | 1 |
| PRICE: | US$ 284.00 |

SUBTOTAL: **US$ 875.00**

Duties                                                                    US$ 252.00

DELIVERY           US$ 25.00
METHOD:
STANDARD
(Delivery in 12-15
business days)
:

PAYMENT            US$ 0
METHOD:
CREDIT CARD

TOTAL:                                          **US$ 1,152.00**

SHIPPING ADDRESS:

SAKIRU AMBALI

████████████████████████

M3J1K6 toronto (Ontario)
Canada

BILLING ADDRESS:

SAKIRU AMBALI

████████████████████████

M3J1K6 toronto (Ontario)
Canada

PAYMENT DETAILS:
CARDHOLDER'S NAME:                              sakiru Ambali

CREDIT CARD:                          Visa
CREDIT CARD NUMBER:                   ****-****-****2958
EXPIRATION DATE:                      █████

Thank you,

YOOX

It is not possible to reply directly to this message. If you have any questions or concerns, please visit our **Customer Care** area.