# VEHICLE PURCHASE AGREEMENT

**LEXUS — DON VALLEY NORTH LEXUS**

DON VALLEY NORTH LEXUS (o/b WEINS CANADA INC.)
3120 STEELES AVENUE EAST
MARKHAM, ON L3R 1G9
PHONE: (905)475-1625   FAX: (905)475-6570
www.donvalleynorthlexus.com

H.S.T. VENDOR NO.: 101455525RT0001
DEALER REG. NO.: 5074661
D#: 8579
C#: 1137864

[ ] NEW   [X] USED

DATE: Apr 11, 2022

## Purchaser
PURCHASER: SAKIRU OLANREWAJU AMBALI
CITY: RICHMOND HILL
PROVINCE: ON
POSTAL CODE: L4C 2B4
INSURANCE CO: VERASSURE

I, THE PURCHASER, AGREE TO PURCHASE THE FOLLOWING VEHICLE FROM YOU, THE DEALER, ON THE TERMS SET OUT IN THIS AGREEMENT INCLUDING THE VEHICLE INFORMATION DOCUMENT WHICH FORMS PART OF THIS AGREEMENT.

## VEHICLE DESCRIPTION
- STOCK NO.: 14100879
- YEAR: 2022
- MAKE: LEXUS
- MODEL: RX 350 AWD
- TRIM: EXECUTIVE
- BODY TYPE: Auto
- COLOUR: 0223W
- LIC. NO.: DVNLT19
- VIN: 2T2JZMDA0NC312025
- IF MANUFACTURER WARRANTY APPLICABLE TIME IS MEASURED FROM: Nov 08, 2021
- DATE OF DELIVERY: Apr 11, 2022
- DISTANCE TRAVELLED: 13850 KMS
- ON DELIVERY DATE ODOMETER READING WILL NOT EXCEED: 13850

## BASIC VEHICLE AND OPTIONS

| Item | Amount |
|---|---|
| BASIC VEHICLE PRICE (MSRP) | 57,500.00 |
| OPTIONAL EXTRAS (MSRP) | |
| RX 350 EXECUTIVE PACKAGE | 14,050.00 |
| 0223 - CAVIAR | |
| LEATHER SEAT SURFACES | |
| DEMO WINTER TIRES ONLY | 0.01 |
| THIS VEHICLE IS NOT FOR EXPORT | |
| TOTAL BASIC VEHICLE AND OPTIONAL EXTRAS PRICE (TOTAL MSRP) | 71,550.01 |
| Discount | -2,035.00 |
| TOTAL | 69,515.01 |
| PRE-DELIVERY EXPENSE | |
| TOTAL SALE PRICE | 69,515.01 |

## PURCHASE PRICE AND PAYMENT

| Item | Amount |
|---|---|
| TOTAL SALE PRICE | 69,515.01 |
| OMVIC | 10.00 |
| FREIGHT | N/A |
| FEDERAL AIR CONDITIONER TAX | N/A |
| WEINS CARE | 699.00 |

| PRODUCT NAME AND DESCRIPTION | WARRANTY NO. OF MONTHS | PERIOD NO. OF KMS | DATE OF COMMENCEMENT | Amount |
|---|---|---|---|---|
| 48/100,000 Platinum | 48 | 100000 | | 1,945.00 |
| 1 YR TIRE STORAGE | 12 | | 04/11/22 | Included |
| NON-OE ENGINE IMMOBILIZER | | | 04/11/22 | 999.00 |
| WALKAWAY COMPLIMENTARY | | | | Included |
| WEINS REWARDS | | | 04/11/22 | Included |

| Item | Amount |
|---|---|
| TOTAL VEHICLE PRICE | 73,168.01 |
| TRADE-IN ALLOWANCE | 12,000.00 |
| TOTAL VEHICLE PRICE LESS TRADE-IN ALLOWANCE | 61,168.01 |
| H.S.T. ON TOTAL VEHICLE PRICE LESS TRADE-IN ALLOWANCE ($ 61,168.01) | 7,951.84 |

Commissions: The dealership receives a fee from the institution that is providing my financing. Init.
Financing Information: I confirm that the financial institution providing financing for the Purchase of this Vehicle has provided me with the initial disclosure statement regarding financial information as required under the Consumer Protection Act, 2002.
I have received the Vehicle Information form required under the Motor Vehicle Dealers Act, 2002. Init.
Service Plan: This Vehicle was sold with a Service Plan. [ ] Yes [ ] No

## TRADE-IN DESCRIPTION AND LIEN DISCLOSURE
- VIN: 2HGFC1F97HH105625
- [ ] DAILY RENTAL  [ ] POLICE/EMERGENCY VEHICLE  [ ] TAXI/LIMOUSINE
- YEAR: 2017
- MAKE: HONDA
- BODY TYPE: 4dr CVT
- TRIM: TOURING
- MODEL: CIVIC SED
- COLOUR:
- H.S.T. REGISTRANT NO.:
- VEHICLE TO BE TRADED IN: ON
- H.S.T. ON TRADE IN: $ N/A
- DISTANCE TRAVELLED: 108598 KM
- LIENHOLDER: Honda Canada Finan
- AMT. OF OUTSTANDING LIENS: 15,509.00

PRIVACY STATEMENT: I understand that you and your service providers, affiliates and business partners collect, use and disclose my personal information... [small print]

| Item | Amount |
|---|---|
| LICENCE FEE [ ] TRANSFER [ ] NEW PLATES  [ ] CITY OF TORONTO PVT $60 | Extra |
| FUEL (INCLUDES H.S.T.) | N/A |
| PAYOUT ON LIENS AGAINST TRADE-IN | 15,509.00 |
| H.S.T. REGISTRANT NO. ( ) | N/A |
| FUEL TAX CONSERVATION REBATE | N/A |
| **TOTAL PURCHASE PRICE** | **84,628.85** |
| DEPOSIT [ ] CASH [ ] CHEQUE [X] CREDIT CARD [ ] DEBIT | 3,000.00 |

X _____

REMARKS: ALL SALES FINAL/AS SEEN AS EQUIPPED. NO SUBJECTS OR CONDITIONS

## FINANCING TERMS

| Item | Amount |
|---|---|
| PRINCIPAL AMOUNT | 76,628.85 |
| LIFE INSURANCE (IF REQUESTED) | Declined |
| ACCIDENT AND HEALTH INSURANCE (IF REQUESTED) | Declined |
| P.S.T. ON TOTAL INSURANCE | N/A |
| CONTRACT REGISTRATION FEE | 148.69 |
| TOTAL TO BE FINANCED (SUBJECT TO LENDER'S APPROVAL) | 76,777.54 |
| INTEREST RATE OF 6.99 % PER ANNUM FINANCE COST FOR TERM | 20,410.46 |
| TIME BALANCE (TOTAL TO BE FINANCED PLUS FINANCE COST) | 97,188.00 |
| VALUE OF INCENTIVE AVAILABLE ONLY FOR CASH CUSTOMERS | N/A |
| SERVICE FEE NOT PAYABLE BY CASH CUSTOMERS | N/A |
| A.P.R. 6.99 % COST OF BORROWING (TOTAL COST OF CREDIT) | 20,410.46 |
| PAYMENT AMOUNT: 534.00 | TERM (NO. OF PAYMENTS): 182 | AMORTIZATION: 182 | WITH ONE FINAL PAYMENT OF: 0.00 | PAYMENT START DATE: 05/11/2022 |

| Item | Amount |
|---|---|
| AMOUNT FINANCED (SUBJECT TO LENDER'S APPROVAL) | 76,628.85 |
| AMOUNT DUE ON DELIVERY | 5,000.00 |

## ACCEPTANCE OF TERMS

**Sales Final.** Please review the entire contract, including all attached statements, before signing. This contract is final and binding once I have signed it unless the motor vehicle dealer has failed to comply with certain legal obligations. No other promises or terms have been made to me that are not part of this contract.

X _____   PURCHASER'S SIGNATURE      X _____   CO-SIGNER (IF ANY)

NAME AND POSITION OF DEALER'S AUTHORIZED REPRESENTATIVE: Siran Ryan Liu
SIGNATURE OF DEALER'S AUTHORIZED REPRESENTATIVE: _____   REG. NO.: 5432588

SALESPERSON'S NAME: Rui Sheng Kenny Jiang
SALESPERSON'S SIGNATURE: X _____   REG. NO.: 5477518

VP4-3014 (05/19)   © ONTARIO AUTOMOBILE DEALER ASSOCIATION 2010 / TORONTO AUTOMOBILE DEALERS ASSOCIATION   WHITE - ORIGINAL COPY   YELLOW - CUSTOMER COPY   PINK - FILE COPY