FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____10/23/2023_____

Between 10/13/2023 - 10/20/2023, SA Heidi Hawkins conducted a review of the extractions from the Apple iPhone XR, evidence item 1B60, pursuant to the federal search warrant MJ23-5218, issued in the United States District Court for the Western District of Washington on 6/1/2023. (See Serial 133).

[Agent Note - On 2/21/2023, pursuant to a provisional arrest warrant, Sakiru Olanrewaju Ambali, was arrested in Germany.  The aforementioned Apple iPhone XR was seized incident to arrest.]

### APPLE IPHONE XR - 1B60

This device was an Apple iPhone XR, device model N841AP, serial number DNPY31U5KXKW, and unique ID 00008020-0001305C3661002E.  Its last iCloud backup was on 2021-01-05 at 17:48:18.  Its timezone was Lagos (Africa). The device's IMEIs were 353056103691239 and 353056103774423, and its IMSIs were 302370605198635 and 302370505358602. The device had four Apple IDs: 1) ████████████████████████████████████████ and ██████████████████████ .

The device had MSISDN (Mobile Station International Subscriber Directory Number) for two telephone numbers: 1) ███████████████████ and 2) ████████████ .

### EMAIL ACCOUNTS

The device had email accounts for ████████████████████████ and ████████████████████████ .

### CONTACTS

████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

---

Investigation on ___10/13/2023___ at  Everett, Washington, United States (Other  (Review))

File #  46H-SE-3268435-Lead18_NUIFTF                          Date drafted  10/16/2023

by  HAWKINS HEIDI MICHELLE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

46H-SE-3268435-Lead18_NUIFTF

Continuation of FD-302 of __(U) Review of Evidence Item 1B60 - Apple iPhone XR__ , On __10/13/2023__ , Page __2 of 22__



46H-SE-3268435-Lead18_NUIFTF

(U) Review of Evidence Item 1B60 - Apple

Continuation of FD-302 of  iPhone XR                                    , On  10/13/2023  , Page  3 of 22



| | |
|---|---|
| **Name:** | |
| **Device description:** | |
| **Source:** | |
| **Account:** | |
| **Group:** | |
| **Created:** | 9/30/2016 2:35:40 PM(UTC+1) |
| **Modified:** | 4/15/2022 3:51:46 PM(UTC+1) |
| **Last time contacted:** | |
| **Times contacted:** | |
| **Extraction:** | File System |
| **Manually decoded:** | False |
| **Source file:** | EXTRACTION_FFS.zip/root/private/var/ mobile/Library/AddressBook/ AddressBook.sqlitedb : 0x627319 (Table: ABPerson, ABMultiValue; Size: 8019968 bytes) EXTRACTION_FFS.zip/root/private/var/ mobile/Library/AddressBook/ AddressBookImages.sqlitedb/ limapasco@yahoo.com : 0x0 (Size: 13696 bytes) |

## Interaction Statuses

## Additional info

## Details

| User ID | 7AF93972-1F4C-4D3F-9B4E-8418B7F598... |
|---|---|
| General | |

**WEB SEARCHES**

46H-SE-3268435-Lead18_NUIFTF

Continuation of FD-302 of ___(U) Review of Evidence Item 1B60 - Apple iPhone XR___ , On __10/13/2023__ , Page __4 of 22__

The device's web history searches included, but were not limited to, the following:

1) https://secure.esd.wa.gov/home.  This was first searched on or about 5/4/2020.  The latest search was on or about 2/20/2023. Author searched this URL and it is Washington State's Employment Security Department's sign in screen for unemployment benefits.

2) https://www.dol.wa.gov.  Author searched this URL and it is Washington State's Department of Licensing webpage for online services. It allows one to renew or replace a driver's license, and/or renew, register, or report a sale of a vehicle.

3) https://www.sba.gov. Author searched this URL and it is the U.S. Small Business Administration's webpage for online services.  It allows one to sign in to their SBA account or make a payment to SBA.

4) https://www.ktvu.com/news/fraud-arrests-made-over-californias-unemployment-benefits. This was searched on 9/19/2020.  Author searched this URL and it is an article about an identity fraud scheme targeting California's unemployment system.

**SOCIAL MEDIA**

The device had the following social media applications installed: Telegram, Snapchat, WhatsApp, Facebook, Facebook Messanger, TextNow, Messages and Instagram.

**TELEGRAM**

The device had chats from various application stored on it.  Approximately 258 of the chats were from a Telegram account Larry Larry, ID 1205494520, hereinafter Larry Larry.  The account Larry Larry was listed as "owner" indicating it's the account connected to the device.  The first stored chat was on or about 11/18/2018.  The last stored chat was on or about 2/20/2023. The chats included system messages indicating a user joined telegram. For example, see below chat message with OSAMA LIMA CA.

46H-SE-3268435-Lead18_NUIFTF

Continuation of FD-302 of     (U) Review of Evidence Item 1B60 - Apple
iPhone XR                                          , On   10/13/2023   , Page   5 of 22



Another chat thread between Larry Larry and El Mayo, 1427268075, began with
Larry Larry requesting to purchase a New York number from El Mayo. See
following chat.

[Agent Note - author exported the chat thread into excel format for easier
viewing. The direction of the chat is from the device's perspective. For
example, when it says Outgoing, that means Larry Larry sent the message to
El Mayo.]

| Source | Participants | Date | Direction | Body |
|---|---|---|---|---|
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | Hi |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | Can i get get New York  number to spam from you? |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | Yes my brother |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | How many k ? 10k 20k ? |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | 10k |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | And who sent you my @ brother ? |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | Only New York number pls |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | From my friend? |

46H-SE-3268435-Lead18_NUIFTF
   (U) Review of Evidence Item 1B60 - Apple

Continuation of FD-302 of  iPhone XR           , On  10/13/2023 , Page  6 of 22

| | | | | |
|---|---|---|---|---|
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **Ahhhhhhhhhh it'll be a mix of usa numbers bro** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **Impossible to filter by the state** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Am**<br>**Only need New York**<br>**number pls** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **I seeeeee** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **It's too hard to filter by the state brother** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **I can give you high quality usa** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Wow** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **And I don't want it to be mix** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Coz the concept s only for New York** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **@limapasco** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **Yes he's my good friend** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **That's my friend that gave me ur info** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **I seeeeee** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **Hmmmmmmmmmmmmm** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Yes** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **I can do you good deal let's say** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **20k usa number for price of 10k but Thags best I can do** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **Bc I can't filter by the state** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Hnmm** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **So what am I going to do?** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **You could spam greater quantity and hope more New York ppl are there** |
| Telegram | 205494520 Larry Larry (owner), | 10/3/2021 | Incoming | **For create spam idea for general usa population** |

46H-SE-3268435-Lead18_NUIFTF
        (U) Review of Evidence Item 1B60 - Apple

Continuation of FD-302 of ___iPhone XR_____, On __10/13/2023__ , Page __7 of 22__

| | | | | |
|---|---|---|---|---|
| | 1427268075 El mayo | | | |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **It's there any way I can separate New York from does number?** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Hnmmm** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Ok will give a try** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Can try with this** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | 👍👍 |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **Not really bro** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Ok** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **What type of usa work you hit bro?** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **I hit U.K. work I need to expand my network** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Just want to get there driver license bro?** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **For EWF** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **And how do you chop that?** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **Loans ?** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Nooop** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **What's EWF ?** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Extended workers fund** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **I seeee so you apply for that and route it into your drops** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **But I need real ny I'd to chop coz they will scan the I'd to verify** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Nooo, it's only come in cards** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **10/15 mins pls** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Driving home** |
| Telegram  205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Brb** |

46H-SE-3268435-Lead18_NUIFTF

(U) Review of Evidence Item 1B60 - Apple

Continuation of FD-302 of ___iPhone XR_____ , On __10/13/2023__ , Page __8 of 22__

| | | | | |
|---|---|---|---|---|
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **Ok ok bro** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Let me know the cost** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **10k is 70£ btc brother** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **94$** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **But you promise to give 20k for the price of 10k** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **Ofcourse brother** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **I will take care of you Dw** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | 👌👌 |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Will sent $100 btc Is that ok?** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Incoming | **Yes perfect** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Ok** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **You can sent ur wallet to my email Larrysmith1404@yahoo.com** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | **Wen i sent the btc will let you know** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/3/2021 | Outgoing | 🙏🙏 |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/4/2021 | Incoming | **Yo my bro** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/4/2021 | Incoming | **Sorry I got busy last night** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/4/2021 | Incoming | **Shall I send wallet now ?** |
| Telegram | 205494520 Larry Larry (owner), 1427268075 El mayo | 10/4/2021 | Outgoing | **Wen am Set will Let you know** |

Another chat included tutorials on filing Nevada unemployment benefits.  See below chat between Larry Larry and user 10126968714.  The following is only a portion of the chat.

[Agent Note - Author exported the chat into excel for easier viewing.  The direction of the chat is from the device's perspective.  For example, when

46H-SE-3268435-Lead18_NUIFTF
(U) Review of Evidence Item 1B60 - Apple

it says Incoming, that means 10126968714 sent the message to Larry Larry.
Following the chat, author included the photographs within in the chat
thread.  The photographs are of a computer screen as it is applying for
Nevada unemployment.]

| Source | Participants | Date | Direction | Body |
|---|---|---|---|---|
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | All this online job isn't really easy As you think it is you probably can buy a method and still not cashout 💯<br><br>There is no quick money make scheme you have to try out a lot of methods and things crack your head and also be consistent in your work<br><br>Also dedicate your time and life cause if you work a 9-5 job you have to dedicate your 30days to the work before you can get paid that's consistency<br><br>Shopwitscript scam ✖<br>Cashapp flip✖<br>PayPal flip✖<br><br>Doubling money or investment shit are also suspicious, the only good way to earn money with investment are stocks. None would give you money for free but everyone would take your money for free.<br><br>Before you buy a log ask for proof a real one would show you that except it's not available<br><br>Fraud isn't as easy as what these rippers make it to be, i agree u can make a lot of money if you are dedicated, but do not do fraud thinking of jumping in with little or basic knowledge with no money and go ahead and make tons of money in an instant both money an time is needed to make it in this kind of career, you need to dedicate a lot of hours in learning different methods and how to use the necessary software and hardware needed for each method.<br><br>The reason for my private channel being paid isn't because i need the money but its because of principles,to filter out time wasters, and to allow people who are actually committed enough to do this online jobs . |

FD-302a (Rev. 5-8-10)

46H-SE-3268435-Lead18_NUIFTF
    (U) Review of Evidence Item 1B60 - Apple

Continuation of FD-302 of  iPhone XR                 , On  10/13/2023 , Page   10 of 22

|  |  |  |  | And its only fair for me to be compensated for my time, but even then the couple dollars you are able to afford to pay for a private class vs the money I'd make on my own is laughable |  |
|  |  |  |  | So as u see I'm not doing this for money, but I'm trying to help the people who are dedicated and capable to do this online jobs |  |
|  |  |  |  | Although u may want to or need to do fraud for whatever personal reasons you may not be capable and up to the real task or willing to do what it takes ....it's not for lazy and pple that easily give yo |  |
|  |  |  |  | 365 days 365 opportunities |  |
|  |  |  |  | Everyday different method and update pop in FR |  |

| Source | Participants | Date | Direction | Body | Photo - BELOW |
|---|---|---|---|---|---|
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | https://www.employnv.gov/vosnet/Default.aspx?enc=vLa15KtdCzQQMP6jrcRdIQ== |  |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **This is Nevada scope but requires ID just like Arizona Nevada Dey enter Greendot let eat together ……** |  |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **Fill as seen but address should be the one on the fullz you have** |  |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | [Photo] | 1 |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | [Photo] | 2 |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **Choose same here** |  |
| Telegram | 10126968714, 1205494520 | 8/30/2021 | Incoming | **Use background site to check** | 3 |

46H-SE-3268435-Lead18_NUIFTF

Continuation of FD-302 of  (U) Review of Evidence Item 1B60 - Apple iPhone XR _____ , On  10/13/2023  , Page  11 of 22

| | | | | | |
|---|---|---|---|---|---|
| | Larry Larry (owner) | | | **If you don't find you can choose same tho** | |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **Choose same here.** | |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **Ok the scope starts**<br><br>**Do the same here.** | 4 |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **Do the same here** | 5 |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **Choose same.** | 6 |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **Same** | 7 |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **Same** | 8 |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **For the figures you get your tax forms net earning and divide by 4 to get the figures.** | 9 |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **For job check the job of the fullz and fill it** | 10 |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **Do the same.** | 11 |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **Same** | 12 |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **Tick all** | 13 |

46H-SE-3268435-Lead18_NUIFTF

(U) Review of Evidence Item 1B60 - Apple
Continuation of FD-302 of  iPhone XR                                                      , On  10/13/2023 , Page   12 of 22

| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | [Photo] | 14 |
|---|---|---|---|---|---|
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **Depends on your choice debit card or direct deposit.** | 15 |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | [Photo] | 16 |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **Same** | 17 |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | [Photo] | 18 |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | [Photo] | 19 |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **File the claim** | |
| Telegram | 10126968714, 1205494520 Larry Larry (owner) | 8/30/2021 | Incoming | **That's all we good** | |

Photographs referenced above in Telegram tutorial in order:

1.

46H-SE-3268435-Lead18_NUIFTF

(U) Review of Evidence Item 1B60 - Apple

Continuation of FD-302 of iPhone XR _____ , On  10/13/2023 , Page  13 of 22







2.

3.







4.

5.

6.







7.

8.

9.

10.

46H-SE-3268435-Lead18_NUIFTF

Continuation of FD-302 of ___(U) Review of Evidence Item 1B60 - Apple iPhone XR___ , On __10/13/2023__ , Page __14 of 22__





11.                                      12.





13.                    14.                    15.





16.                17.                18.

19.

46H-SE-3268435-Lead18_NUIFTF
       (U) Review of Evidence Item 1B60 - Apple
Continuation of FD-302 of  iPhone XR_____ , On  10/13/2023 , Page  15 of 22



Other chats discussed using bots to search for personal identifying
information (PII), to include names, addresses, date of births, and driver's
licenses.  The following chat is between Larry Larry and user Dellorious DL
LOOKUP, 934994807.  It is only a portion of the chat.

[Agent Note - Author exported the chat into excel for easier viewing. The
direction of the chat is from the device's perspective.  For example, when
it says Outgoing, that means Larry Larry sent the message to Dellorious DL
LOOKUP.]

| Source | Participants | Date | Direction | Body |
|---|---|---|---|---|
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/4/2021 | Outgoing | hey |
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/4/2021 | Outgoing | the services is down again |
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/4/2021 | Incoming | So strange i am test now not have problem |
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/4/2021 | Incoming | what problem u have? |
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/4/2021 | Incoming | Long wait or any error? |
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/4/2021 | Outgoing | cant search again |
| Telegram | 934994807 Dellorious | 12/4/2021 | Incoming | can give me screenshot? |

46H-SE-3268435-Lead18_NUIFTF
          (U) Review of Evidence Item 1B60 - Apple
Continuation of FD-302 of  iPhone XR                                    , On  10/13/2023 , Page  16 of 22

| | | | | |
|---|---|---|---|---|
| | DL LOOKUP, 1205494520 Larry Larry (owner) | | | |
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/4/2021 | Outgoing | Panda LOOKUP BOT, [12/4/2021 2:42 PM] Entered data:<br><br>Full name ███████<br>Address ██████████████<br>City San Francisco<br>State CA<br>ZipCode 94118<br>DOB ████████<br><br>Search was initialized! Please, wait the result in new message.<br><br>Panda LOOKUP BOT, [12/4/2021 2:42 PM] Sorry, error has occurred during your last request. Please, try again. |
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/4/2021 | Incoming | Oh please delete in u address '#' simbol |
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/4/2021 | Outgoing | ok |
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/5/2021 | Outgoing | why error on searching dl |
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/5/2021 | Outgoing | cant search driver licence |
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/5/2021 | Incoming | try again |
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/5/2021 | Outgoing | have tried severally |
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/5/2021 | Incoming | People are looking for 100-500 CA DL per minute, our servers can't cope |
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/5/2021 | Incoming | Right now i check and all fine |
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/5/2021 | Outgoing | ok |
| Telegram | 934994807 Dellorious | 12/5/2021 | Incoming | |

46H-SE-3268435-Lead18_NUIFTF

(U) Review of Evidence Item 1B60 - Apple

Continuation of FD-302 of ___iPhone XR_____ , On _10/13/2023_ , Page __17 of 22__

| | DL LOOKUP, 1205494520 Larry Larry (owner) | | | |
|---|---|---|---|---|
| Telegram | 934994807 Dellorious DL LOOKUP, 1205494520 Larry Larry (owner) | 12/5/2021 | Outgoing | Sorry, Bot has not found information for your last request. |

### **WHATSAPP**

The device's WhatsApp account was named Dollar with telephone number ████████ , hereinafter Dollar. Dollar was listed as "owner" indicating it's the account connected to the device.  One WhatsApp contact was OSAMA LIMA CA CACACACA with telephone number ████████ .  Based on evidence gathered throughout this investigation to date, telephone number ████████ is connected to Lawal.  The following is a WhatsApp chat thread between Dollar and OSAMA LIMA CA CACACACA.

[Agent note - the following WhatsApp chat was deleted by the user of the device and was restored during the forensic examination. However, the images included in the thread were permanently deleted.]



46H-SE-3268435-Lead18_NUIFTF

(U) Review of Evidence Item 1B60 - Apple

Continuation of FD-302 of ___iPhone XR_____ , On __10/13/2023__ , Page __18 of 22__



46H-SE-3268435-Lead18_NUIFTF

(U) Review of Evidence Item 1B60 - Apple

Continuation of FD-302 of _iPhone XR_____, On _10/13/2023_, Page _19 of 22_



46H-SE-3268435-Lead18_NUIFTF

(U) Review of Evidence Item 1B60 - Apple

Continuation of FD-302 of ___iPhone XR_____ , On __10/13/2023__ , Page __20 of 22__



Another WhatsApp chat shared PII and discussed logistics.  This chat was between Dollar and OSHAA.CA... telephone number ▋▋▋▋▋▋▋.  The following is only a portion of the chat.

[Agent Note - Author exported the chat into excel for easier viewing. The direction of the chat is from the device's perspective.  For example, when it says Outgoing, that means Dollar sent the message to OSHAA.CA... Additionally, the below chat was deleted by the user of the device and was restored during the forensic examination.]

| Participants | Date | Direction | Body | Source |
|---|---|---|---|---|
| ▋▋▋▋ @s.whatsapp.net OSHAA .CA..., ▋▋▋▋ @s.whatsapp.net Dollar (owner) | 1/11/2023 | Outgoing | Still waiting for update on does aza | WhatsApp |
| ▋▋▋▋ @s.whatsapp.net OSHAA .CA..., ▋▋▋▋ @s.whatsapp.net Dollar (owner) | 1/11/2023 | Outgoing | They've submit already | WhatsApp |
| ▋▋▋▋ @s.whatsapp.net OSHAA .CA..., ▋▋▋▋ @s.whatsapp.net Dollar (owner) | 1/11/2023 | Incoming | BANK: CIBC ADDRESS:▋▋▋▋MAPLE , ON, L6A 4G5. | WhatsApp |

46H-SE-3268435-Lead18_NUIFTF

(U) Review of Evidence Item 1B60 - Apple

Continuation of FD-302 of  iPhone XR                                                          , On  10/13/2023 , Page  21 of 22

| | | | | |
|---|---|---|---|---|
| | | | COMPANY NAME:<br>██████████████<br><br>ADDRESS: ███████████████<br>████ VAUGHAN, ON, L4K 5X1<br><br>INSTITUTION: ████<br>TRASIT: ██████<br>ACCOUNT: ████████<br>SWIFT CODE: ███████████ | |
| | 1/11/2023 | Incoming | Bmo<br>Card no ████████████ 8701<br><br>Account ██████████<br>Transit ███████<br>██████<br>Address ███████████<br>North Bay On P1B 6M8<br><br>Bank Address<br><br>North bay on P1B 1A8 | WhatsApp |
| ██████ @s.whatsapp.net<br>OSHAA .CA..., ██████<br>@s.whatsapp.net Dollar (owner) | | | | |
| | 1/11/2023 | Incoming | CIBC BANK,  Acct no ████████<br>transit ██████   Inst ████ ,  Bank<br>business name: ████████<br>████████ ,  Bank address<br>███████████████ York<br>Ontario | WhatsApp |
| ██████ @s.whatsapp.net<br>OSHAA .CA..., ██████<br>@s.whatsapp.net Dollar (owner) | | | | |
| ██████ @s.whatsapp.net<br>OSHAA .CA..., ██████<br>@s.whatsapp.net Dollar (owner) | 1/11/2023 | Incoming | Maybe you go hold on those acct.<br>Because % no work out at all | WhatsApp |
| ██████ @s.whatsapp.net<br>OSHAA .CA..., ██████<br>@s.whatsapp.net Dollar (owner) | 1/11/2023 | Outgoing | They should not use dem? | WhatsApp |
| ██████ @s.whatsapp.net<br>OSHAA .CA..., ██████<br>@s.whatsapp.net Dollar (owner) | 1/11/2023 | Incoming | 55 45 % | WhatsApp |
| ██████ @s.whatsapp.net<br>OSHAA .CA..., ██████<br>@s.whatsapp.net Dollar (owner) | 1/11/2023 | Outgoing | 40/40/20 | WhatsApp |
| ██████ @s.whatsapp.net<br>OSHAA .CA..., ██████<br>@s.whatsapp.net Dollar (owner) | 1/11/2023 | Outgoing | All off ppl are on dis job | WhatsApp |
| ██████ @s.whatsapp.net<br>OSHAA .CA..., ██████<br>@s.whatsapp.net Dollar (owner) | 1/11/2023 | Incoming | Is not my acct | WhatsApp |

46H-SE-3268435-Lead18_NUIFTF
        (U) Review of Evidence Item 1B60 - Apple
Continuation of FD-302 of  iPhone XR                                      , On  10/13/2023 , Page  22 of 22

| | | | | | |
|---|---|---|---|---|---|
| ▆▆▆▆ @s.whatsapp.net OSHAA .CA..., ▆▆▆▆ @s.whatsapp.net Dollar (owner) | 1/11/2023 | Outgoing | More dan 5 ppl in the middle of dis job | | WhatsApp |
| ▆▆▆▆ @s.whatsapp.net OSHAA .CA..., ▆▆▆▆ @s.whatsapp.net Dollar (owner) | 1/11/2023 | Outgoing | I don't know does guys | | WhatsApp |
| ▆▆▆▆ @s.whatsapp.net OSHAA .CA..., ▆▆▆▆ @s.whatsapp.net Dollar (owner) | 1/11/2023 | Outgoing | Som1 just call from Yankee on dis | | WhatsApp |
| ▆▆▆▆ @s.whatsapp.net OSHAA .CA..., ▆▆▆▆ @s.whatsapp.net Dollar (owner) | 1/11/2023 | Outgoing | Bab don't stress dis is new year | | WhatsApp |
| ▆▆▆▆ @s.whatsapp.net OSHAA .CA..., ▆▆▆▆ @s.whatsapp.net Dollar (owner) | 1/11/2023 | Incoming | Maybe they should not use it. Because the owner dey ask if 40 | | WhatsApp |
| ▆▆▆▆ @s.whatsapp.net OSHAA .CA..., ▆▆▆▆ @s.whatsapp.net Dollar (owner) | 1/11/2023 | Incoming | And my side 5 | | WhatsApp |
| ▆▆▆▆ @s.whatsapp.net OSHAA .CA..., ▆▆▆▆ @s.whatsapp.net Dollar (owner) | 1/11/2023 | Incoming | 45 | | WhatsApp |
| ▆▆▆▆ @s.whatsapp.net OSHAA .CA..., ▆▆▆▆ @s.whatsapp.net Dollar (owner) | 1/11/2023 | Outgoing | Will tell the guy now not to use dem now | | WhatsApp |
| ▆▆▆▆ @s.whatsapp.net OSHAA .CA..., ▆▆▆▆ @s.whatsapp.net Dollar (owner) | 1/11/2023 | Outgoing | No wahala | | WhatsApp |
| ▆▆▆▆ @s.whatsapp.net OSHAA .CA..., ▆▆▆▆ @s.whatsapp.net Dollar (owner) | 1/11/2023 | Incoming | Good | | WhatsApp |
| ▆▆▆▆ @s.whatsapp.net OSHAA .CA..., ▆▆▆▆ @s.whatsapp.net Dollar (owner) | 1/11/2023 | Outgoing | Ok | | WhatsApp |