UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>FATIU ISMAILA LAWAL,<br><br>        Defendant. | CASE NO. CR23-05034-RJB<br><br>ORDER OF RECUSAL |

This matter comes before the Court on review of the file. It appears to the Court that there is a potential conflict requiring that the undersigned recuse himself from further participation in the case.

Therefore, it is now

ORDERED that the undersigned Judge hereby recuses himself from further participation in this case, and it is

FURTHER ORDERED that the Clerk reassign the case to a different judge.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 9th day of December, 2024.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER OF RECUSAL - 1